UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY E. MCGEE, JR., | ) | Case No. EDCV 06-887 AHM(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| D. DEXTER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 19, 2010

**JS-6**

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE